An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63270 ✓

**FILED**

JUL 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KATHY A. HARDCASTLE, SENIOR
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63411

## ORDER DENYING PETITIONS

Docket No. 63270 is a proper person petition for a "first amendment petition" for a writ of mandamus. Docket No. 63411 is a proper person petition for extraordinary relief. Petitioner challenges the validity of the trial court's dismissal of redundant convictions. We have reviewed the documents submitted in these matters, and without deciding upon the merits of any claims raised therein, we decline to exercise

13-21748

original jurisdiction in these matters. NRS 34.160; NRS 34.170. Further, petitioner did not demonstrate an unconstitutional prior restraint of his First Amendment rights. NRS 34.185.

Petitioner has raised the same underlying issue in at least five other original filings in this court. *Braunstein v. Eighth Judicial Dist. Court*, Docket No. 62546 (Order Denying Petition, March 8, 2013); *Braunstein v. Eighth Judicial Dist. Court*, Docket No. 57751 (Order Denying Petition, April 4, 2011); *Braunstein v. Eighth Judicial Dist. Court*, Docket No. 54122 (Order Denying Petition, August 24, 2009); *Braunstein v. Eighth Judicial Dist. Court*, Docket No. 53127 (Order Denying Petition, February 4, 2009); *Braunstein v. State*, Docket No. 40018 (Order Denying Petition, August 22, 2002). Petitioner is cautioned that statutory credits may be forfeited if he files frivolous documents in a civil action. NRS 209.451. Repeatedly raising the same issue constitutes frivolous action. Accordingly, we

ORDER the petitions DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

cc:    Hon. Michael Villani, District Judge
Hon. Kathy A. Hardcastle, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk